**LAW OFFICE OF FRANCISCO LEÓN**
Francisco León
8987 E. Tanque Verde Rd. #309-432
Tucson, Arizona 85749
TEL:  (520)465-3000
       (520)305-9170
FAX: (520)340-6437
State Bar No.: 006578
azcrimlaw@gmail.com
Attorney for Camacho-Arellano

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**, Plaintiff, vs. **Marco Antonio Camacho-Arellano,** Defendant | 4:22-cr-01564-RM-EJM **WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ACKNOWLEDGMENT OF TRIAL DATE AND PLEA DEADLINE** |

Defendant and Francisco León, his attorney, acknowledge and agree that:

Defendant's attorney has provided Marco Antonio Camacho-Arellano a copy of the indictment;

Defendant's attorney has explained to Camacho-Arellano the nature and substance of the charge(s), the maximum penalties applicable to the charge(s), and 's constitutional rights;

Camacho-Arellano understands he has a right to appear personally at the arraignment to be advised of the charge(s).  Camacho-Arellano also understands

1

that the execution of this waiver results in a waiver of the right to appear at the arraignment;

    Camacho-Arellano's attorney is authorized to appear at the arraignment on behalf of Defendant.

    Camacho-Arellano's attorney shall enter a plea of not guilty at the arraignment on Martinez-Solano's behalf.

    Camacho-Arellano, having conferred with the attorney of record, waives personal appearance and the reading of the indictment at the arraignment in this case. Defendant authorizes the entry of a not guilty plea on behalf of .

    Camacho-Arellano further waives personal notice of the date of trial and acknowledges that the trial will be on September 20, 2022, at 9:30 a.m. before Judge Rosemary Marquez with a plea deadline of September 2, 2022 before the Magistrate Judge Eric J. Markovich.

    Camacho-Arellano understands that the Court's entry of a plea of Not Guilty will conclude the arraignment in this case.

    Defendant's counsel avows that he has personally met with  and has been authorized to file this waiver of personal appearance at arraignment and acknowledgment of trial date and plea deadline.

Defendant's true name is: Marco Antonio Camacho-Arellano
Language:  Spanish.

    Submitted August 11, 2022.

    **LAW OFFICE OF FRANCISCO LEÓN**
    *s/ Francisco León*
    Francisco León
    *s/ Marco Antonio Camacho-Arellano*
    By Francisco León

**CERTIFICATE OF SERVICE**

_X___   I hereby certify that on August 11, 2022, I electronically transmitted the attached document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Hon. Rosemary Márquez
United States District Judge

Eric J. Markovich
United States Magistrate Judge

Fred A. Cocio
Assistant United States Attorney

_X___   I hereby certify that on August 11, 2022, I served the attached document by U.S. Mail on the following, who is not a registered participant in the ECF system:

Marco Antonio Camacho-Arellano
Reg. No. 46270-308